UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

J & J Sports Productions, Inc.,
As Broadcast Licensee of the July 16, 2005
Hopkins/Taylor Program,

       Plaintiff,   CV-06-0164 (CPS)

 - against -

              ORDER

Carlos M. Guerra, Individually and d/b/a
Cevicheria Los Guerra Restaurant a/k/a
Cevicheria Los Guerra, and Cevicheria
Los Guerra Restaurant a/k/a Cevicheria
Los Guerra,

       Defendants.
------------------------------------X

    No objections to the Report and Recommendation of Magistrate Judge Levy dated July 6, 2006, having been filed by the parties, the Report and Recommendation is hereby adopted. The plaintiff is directed to submit to the court by August 18, 2006, a revised proposed default judgment consistent with Magistrate Judge Levy's Report and Recommendation.

    The Clerk is directed to transmit a copy of the within to all parties and to the magistrate judge.

    SO ORDERED.

Dated : Brooklyn, New York
     August 2 , 2006

                          United States District Judge